# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

|  |  |
|---|---|
| Debtor: | MICHAEL J. & CHRISTINE L. VOCK |
| Case Number: | 17-21041-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 28, 2017 11:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/29/17 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Matter:***

#23 - Final Confirmation of Plan Dated 4/25/2017 (NFC)
  +Objections By: Seterus, Inc.
R / M #:  23 / 0

***Appearances:***

Debtor: Nilen
Trustee: Winnecour / Bedford / Paul / Katz
Creditor: Pa Carchk-Seterus

***Proceedings:***

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by __10/20/17__
    Objections are due on or before __11/10/17__.
    A hearing on the Amended Plan is set for __12/7/17__ at __10:30__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/22/2017  10:48:05AM