# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** MICHAEL J. & CHRISTINE L. VOCK
- **Case Number:** 17-21041-CMB   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 07, 2017  10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/8/17 8:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#49 Amended Plan Dated 10/19/2017 (NFC)
R / M #:  49 / 0

### *Appearances:*

Debtor: Nigro
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  3-29-18  at  9:00 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/1/2017    3:06:30PM