**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-21041-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael J. Vock<br>321 Olympic Road<br>Pittsburgh PA 15236 | Christine L. Vock<br>321 Olympic Road<br>Pittsburgh PA 15236 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/13/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 | US Bank Trust National Association as Trustee<br>c/o BSI Financial Services<br>1425 Greenway Dr., ste 400<br>Irving TX 75038 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/17/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael J. Vock
Christine L. Vock
      Debtors

Case No. 17-21041-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Dec 15, 2017
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.
14406779     +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
          Heather Stacey Riloff   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com
          James Warmbrodt   on behalf of Creditor   PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Borough of Baldwin/Baldwin-Whitehall School District jhunt@grblaw.com, cnoroski@grblaw.com
          Jeniece D. Davis   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com
          Joseph Peter Nigro   on behalf of Debtor Michael J. Vock nigroj@verizon.net, chrissyvock86@yahoo.com;jasonjkelley@comcast.net
          Joseph Peter Nigro   on behalf of Joint Debtor Christine L. Vock nigroj@verizon.net, chrissyvock86@yahoo.com;jasonjkelley@comcast.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          William E. Miller   on behalf of Creditor   U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                                TOTAL: 11