IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No 17-21041 |
| | ) | |
| MICHAEL AND CHRISTINE VOCK, | ) | Chapter 13 |
| | ) | |
| Debtors, | ) | |
| | ) | |
| _____ | ) | |
| | ) | re doc. 62 |
| MICHAEL AND CHRISTINE VOCK, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPECIALIZED LOAN SERVICING | ) | |
| AND BSI FINANCIAL SERVICES, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

A *Loss Mitigation Order* dated June 19, 2017 was entered in the above matter at Document No. 31. On December 28, 2017, an **Motion to Extend the Loss Mitigation Period** was filed by Debtors at Document No. 62.

*AND NOW*, this __10th__ day of __January__, 20 __18__, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* February 28, 20 __18__ .

_____
United States Bankruptcy Judge

**dms**

FILED
1/10/18 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael J. Vock  
Christine L. Vock  
       Debtors

Case No. 17-21041-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jan 10, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.  
db/jdb        +Michael J. Vock,    Christine L. Vock,    321 Olympic Road,    Pittsburgh, PA 15236-2866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:

        Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com  
        James Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin/Baldwin-Whitehall School District jhunt@grblaw.com, cnoroski@grblaw.com  
        Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com  
        Joseph Peter Nigro    on behalf of Debtor Michael J. Vock nigroj@verizon.net, chrissyvock86@yahoo.com;jasonjkelley@comcast.net  
        Joseph Peter Nigro    on behalf of Joint Debtor Christine L. Vock nigroj@verizon.net, chrissyvock86@yahoo.com;jasonjkelley@comcast.net  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
        William E. Miller    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                         TOTAL: 11