# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No 17-21041 |
| | ) | |
| MICHAEL AND CHRISTINE VOCK, | ) | Chapter 13 |
| | ) | |
| Debtors, | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| MICHAEL AND CHRISTINE VOCK, | ) | |
| | ) | |
| Movants, | ) | re doc. 70 |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

## ORDER

A *Loss Mitigation Order* dated June 19, 2017 was entered in the above matter at Document No. 31. On March 1, 2018, a ***Motion to Extend the Loss Mitigation Period*** was filed by Debtors at Document No. 70.

*AND NOW*, this __14th__ day of __March__, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* __April 30__, 20 __18__.

_____
United States Bankruptcy Judge

FILED
3/14/18 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

\

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 17-21041-CMB
Michael J. Vock                                                                           Chapter 13
Christine L. Vock
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Mar 14, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
db/jdb         +Michael J. Vock,   Christine L. Vock,   321 Olympic Road,   Pittsburgh, PA 15236-2866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subserviser for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com,   Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin/Baldwin-Whitehall School District
               jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subserviser for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,   bonnie@mvrlaw.com
              Joseph Peter Nigro    on behalf of Debtor Michael J. Vock nigroj@verizon.net,
               chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
              Joseph Peter Nigro    on behalf of Joint Debtor Christine L. Vock nigroj@verizon.net,
               chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Miller    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF
               THE IGLOO SERIES III TRUST wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                              TOTAL: 11