# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

**Debtor:** MICHAEL J. & CHRISTINE L. VOCK
**Case Number:** 17-21041-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MARCH 29, 2018  09:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
4/2/18 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#49 - Continued Confirmation of Plan Dated 10/19/2017 (NFC)
R / M #: 49 / 0

*Appearances:*

Niloro [handwritten]

Debtor:
Trustee: Winnecour / (Pai) / Katz / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 6/21/18 at 9:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: