# PROCEEDING MEMO

**Date: 05/16/2018 09:30 am**

**In re: Michael J. Vock and**
       **Christine Vock**

                                 **Bankruptcy No. 17-21041-CMB**
                                 **Chapter: 13**
                                 **Doc. # 74 & 75**

**Appearances:**

**Movant(s):**   Joseph Peter Nigro, Esq. for Debtor

**Respondent(s):**  Specialized Loan Servicing and BSI Financial Services
                *Rurbach*
**Creditor(s):**

**Nature of Proceeding:**  **#75 Order setting Status Conference**
                       **re Compliance with Loss Mitigation Order**

**Judge's Notes:**  **#74 Motion to Extend the Loss Mitigation Period**

**Additional Pleadings:**

**Outcome:**

    ____Motion is GRANTED____Order Entered

    ____Motion is DENIED____Order entered

    ____Motion WITHDRAWN

    ____Motion is DISMISSED____Order entered

    ____Reschedule for Proper Service

    ____Case DISMISSED____Order entered

    ____Parties to submit Order/Settlement/Stipulation by____days

    ____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

    ____ISSUE EVIDENTIARY HEARING NOTCE

    ____Discovery time needed____days

    ____Briefs to be filed:     Movant(s) brief due____days
                            Respondent(s) brief due____days
                            Trustee's brief due____days

*LMP approved last week.*
*Debtor will amend plan*
*matter concluded*

                            **Carlota M. Böhm**
                            **U.S. Bankruptcy Court**

# FILED

MAY 16 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA