IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Michael Vock and Christine Vock,

    Debtors

:   Bankruptcy No. 17-21041

:   Chapter 13

:

:

Michael Vock and Christine Vock,

    Movants,

:

:

   v.

:   Hearing Date and Time: July 18, 2018@ 10:00am

:            :

BSI Financial Services, Chapter 13 Trustee, Ronda Winnecour,

:

    Respondent


# NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF MICHAEL AND CHRISTINE VOCK TO AUTHORIZE FINAL MODIFICATION

TO THE RESPONDENTS:

  You are hereby notified that the above Movant seeks an order affecting your rights or property.

  You are further notified to file with the Clerk and serve upon the undersigned attorney for the Movant a Response to the Motion no later than June 24, 2018 seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's Web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court  by default without a hearing.  Please refer to the Judge's Calendar posted on the web site at www.pawb.uscourts.gov to verify a default order was signed or if the hearing will go forward as scheduled. You should take this to your lawyer at once.

  A hearing will be held on July 18, 2018 at 10:00a.m. at before Judge Carlota Bohm in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do timely file and serve a written response.

<u>6/7/2018</u>  
Date of Service

/s/ Joseph P. Nigro  
JOSEPH P. NIGRO, ESQUIRE  
PA I.D. NO. 47810  
Attorney for the Debtor

NIGRO & ASSOCIATES, LLC  
1330 Old Freeport Road, Suite 3BF  
Pittsburgh, PA 15238  
(412) 471-8118

Case 17-21041-CMB    Doc 82    Filed 06/07/18    Entered 06/07/18 17:21:48    Desc Main
Document      Page 3 of 3