# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | MICHAEL J. & CHRISTINE L. VOCK |
| Case Number: | 17-21041-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 21, 2018 09:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
6/25/18 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#49 - Continued Confirmation of Plan Dated 10/19/2017 (NFC)
    +Objections By:  Peoples Natural Gas
[#84 Amended Plan is on the old form and not applicable]
#89 Objection of Peoples Natural Gas to Confirmation of Plan
R / M #:  49 / 0

### *Appearances:*

Debtor: N.g.p
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor: Peoples Gas: Wallace

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___✓___ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __July 26__ at __10:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/12/2018  11:33:46AM