IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Michael Vock | : | Case No.17-21041CMB |
| Christine Vock | : | Chapter 13 |
|     Debtor(s) | : | |
| Michael Vock | : | |
| Christine Vock | : | Re Doc.81 |
|     Movant(s) | : | |
| | : | |
| vs. | : | |
| All creditors on the mailing matrix | : | |
| Chapter 13 Trustee Ronda J. Winnecour: | | Hearing Date |
|     Respondent(s) | | |

### TRUSTEE'S RESPONSE TO MOTION TO ALLOW DEBTOR TO INCUR A CAR LOAN

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. The Debtors request approval for post-petition financing to purchase a new vehicle for a monthly payment of $600.00.

2. The Trustee objects to the motion in that a replacement vehicle can be purchased for an amount not to exceed $25,000.00 or $450.00 monthly. Such will afford the Debtor fair and adequate transportation.

3. According to the Trustee's records, the Debtors are in arrears in the amount of $20,281.00.

4. Another secured debt payment appears to be not feasible for the Debtors.

WHEREFORE, the Trustee respectfully requests that the Motion be denied

                                        RONDA J. WINNECOUR,
                                        CHAPTER 13 TRUSTEE


Date: 06/25/18        by    __/s/ Jana S. Pail_____
                                          Jana S. Pail - PA I.D. #88910
                                          Attorney for Trustee
                                          US Steel Tower – Suite 3250
                                          600 Grant St.
                                          Pittsburgh, PA  15219
                                          (412) 471-5566
                                          jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Michael Vock                                              :    Case No.17-21041CMB
Christine Vock                                            :    Chapter 13
    Debtor(s)                                      :
Michael Vock                                              :
Christine Vock                                            :    Re Doc.81
    Movant(s)                                     :
    vs.                                                 :
All creditors on the mailing matrix          :
Chapter 13 Trustee Ronda J. Winnecour:    Hearing Date
    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th of June 2018, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Michael and Christine Vock
321 Olympic Road
Pittsburgh PA 15236

Joseph Peter Nigro, Esquire
1330 Old Freeport Road
Pittsburgh PA 15238

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com