# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Bankruptcy No. 17-21041 CMB |
| ) | |
| **Michael and Christine Vock,** ) | Chapter 13 |
| ) | |
| Debtor(s). ) | |
| ) | |
| **Michael and Christine Vock,** ) | |
| ) | |
| Movant(s), ) | |
| ) | Related Doc. No. 35 |
| v. ) | |
| ) | |
| **Specialized Loan Servicing, LLC.** ) | |
| ) | |
| Respondent(s). ) | |

## ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM

On June 19, 2017, this Court entered the Loss Mitigation Order ("LMP Order") directing the above-captioned parties to participate in the Court's Loss Mitigation Program ("LMP"). Pursuant to the LMP Order and the Local Rules, the LMP Period terminates one hundred twenty (120) days from entry of the LMP Order unless extended. The LMP Order further provides that the Debtor shall submit an LMP Final Report within seven (7) days of the termination of the LMP Period. In this case, the record reflects that the LMP Period expired.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. Within fifteen (15) days from the date of this Order, the Debtor shall file one of the following:

    a. An appropriate Motion to Extend the Loss Mitigation Period, setting forth the specific reasons why the parties were unable to reach a consensual resolution on or before the expiration of the LMP Period and why an extension of the LMP Period should be granted by the Court;

*<u>or</u>*

    b. An LMP Final Report.

2. Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court intends to ensure that LMP matters progress to completion.

3. If a party to the LMP has not been cooperating or proceeding in good faith as required by the Local Rules, the matter shall be brought to the attention of the Court for resolution.

Date: June 27, 2018

                                                                              Carlota M. Böhm      **dms**
                                                                              United States Bankruptcy Judge

FILED
6/27/18 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael J. Vock  
Christine L. Vock  
    Debtors

Case No. 17-21041-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Jun 27, 2018  
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.  
db/jdb      +Michael J. Vock,   Christine L. Vock,   321 Olympic Road,   Pittsburgh, PA 15236-2866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:

      Heather Stacey Riloff   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com  
      James Warmbrodt   on behalf of Creditor   PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
      Jeffrey R. Hunt   on behalf of Creditor   Borough of Baldwin/Baldwin-Whitehall School District jhunt@grblaw.com, cnoroski@grblaw.com  
      Jeniece D. Davis   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com  
      Joseph Peter Nigro   on behalf of Debtor Michael J. Vock nigroj@verizon.net, chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com  
      Joseph Peter Nigro   on behalf of Joint Debtor Christine L. Vock nigroj@verizon.net, chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
      William E. Miller   on behalf of Creditor   U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                   TOTAL: 11