Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael J. Vock** | : | Case No. 17−21041−CMB |
| **Christine L. Vock** | : | Chapter: 13 |
| **aka Christine L. Fortner** | : | |
| *Debtor(s)* | : | |
| | : | Issued Per July 26, 2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 26th of July, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 17-21041-CMB
Michael J. Vock                                                 Chapter 13
Christine L. Vock
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: Jul 26, 2018
                              Form ID: 309            Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
db/jdb         +Michael J. Vock,    Christine L. Vock,    321 Olympic Road,    Pittsburgh, PA 15236-2866
cr             +BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
cr             +Borough of Baldwin/Baldwin-Whitehall School Distri,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA   15219,
                 UNITED STATES 15219-6101
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14384440       +AHN Emergency Group of Jefferson,    ATTN: #19021N,    PO Box 14000,    Belfast, ME 04915-4033
14384439       +Advanced Recovery Systems,    Po Box 80766,    Valley Forge, PA 19484-0766
14384441       +Allegheny Gerneral Anesthesia,    Po Box 951915,    Cleveland, OH 44193-0021
14384442       +Allegheny Health Network,    Po Box 645266,    Pittsburgh, PA 15264-5250
14384443       +Alltran Financial,    PO Box 610,    Sauk Rapids, MN 56379-0610
14384446       +Baldwin EMS,    Po Box 8,    Indiana, PA 15701-0008
14384447       +Borough of Baldwin Sewage Billing,    Legal Tax Service,    PO Box 10020,
                 Pittsburgh, PA 15236-6020
14521205       +Borough of Baldwin/Baldwin-Whitehall SD,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14384450       +CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14384455       +Escallate, LLC,    Dept 101A,    Po Box 3521,    Akron, OH 44309-3521
14384461        Foundation Radiology Group,    360 N Orleans Street,    Floor 8,    Chicago, IL 60654
14384460       +Foundation Radiology Group,    PO Box 1198,    Somerset, PA 15501-0336
14384462       +Fox Chapel Center For Advanced Dental,    1144 Old Freeport Road,    Pittsburgh, PA 15238-3109
14384463       +HighField Open MRI,    995 Greentree Road,    Pittsburgh, PA 15220-3244
14384465        Internal Revenue Service,    Andover, MA 01810
14384466       +Jefferson Hills Sugical Specialist,    1200 Brooks Lane,, Suite 170,    Clairton, PA 15025-3759
14384467       +Jefferson Hospital,    PO Box 3475,    Toledo, OH 43607-0475
14384468       +Keymed Data Services,    Po Box 1870,    Cary, NC 27512-1870
14384469       +Mark Palmer, DDS,    1910 Cochran Road,    Pittsburgh, PA 15220-1116
14384470       +Metroplex Pathology Associates,    PO Box 840294,    Dallas, TX 75284-0294
14384475       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14384474       +Peoples Gas,    PO Box 535322,    Pittsburgh, PA 15253-5322
14520190       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14384476       +Preferred Primary Care Physicians,    PO Box 1870,    Cary, NC 27512-1870
14384483       +SKO Brenner American, Inc,    40 Daniel Street,    Farmingdale, NY 11735-1308
14384482       +Seterus,    PO Box 1077,    Hartford, CT 06143-1077
14687868       +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,    Hartford, CT 06143-1047
14384484       +South Hills Gastro Assoc, LLC,    Po Box 615,    Connellsville, PA 15425-0615
14384485       +South Hills Pain Rehab Assoc,    575 Coal Valley Road, Suite 577,    Clairton, PA 15025-3716
14384486       +South Pgh Anesthesia Assoc,    1699 Washington Road, Suite 307,    Pittsburgh, PA 15228-1629
14384487       +Special Loan Servicing, LLC,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
14384488       +State Collection Service, Inc,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14384491        State Collection Service, Inc,    25008 S. Stoughton Road,    Madison, WI 53716
14406779       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14744928       +US Bank Trust National Association as Trustee,    c/o BSI Financial Services,
                 1425 Greenway Dr., ste 400,    Irving TX 75038-2480
14384492       +United Telmanagement Corp,    Po Box 145465,    Cincinnati, OH 45250-5465
14384493       +Waterfront Surgery Center,    495 E. Waterfront Drive, Suite 110,    Homestead, PA 15120-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14384445        E-mail/Text: ebn@americollect.com Jul 27 2018 01:28:49     Americollect,    PO Box 1690,
                 Manitowoc, WI 54221
14384444       +EDI: AIS.COM Jul 27 2018 05:18:00      American InfoSource, LP,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
14384473        E-mail/Text: csc.bankruptcy@amwater.com Jul 27 2018 01:29:06     American Water,    PO Box 578,
                 Alton, IL 62002-0578
14384448       +E-mail/Text: cms-bk@cms-collect.com Jul 27 2018 01:28:29     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14384453       +E-mail/Text: abovay@creditmanagementcompany.com Jul 27 2018 01:28:55     Credit Management Co.,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14384454       +E-mail/Text: kburkley@bernsteinlaw.com Jul 27 2018 01:29:03     Duquesne Light,
                 C/O Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1945
14663781        EDI: ECMC.COM Jul 27 2018 05:18:00      ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
14384464       +EDI: IIC9.COM Jul 27 2018 05:19:00      IC Sytems,    PO Box 64437,    Saint Paul, MN 55164-0437
14669458        EDI: RESURGENT.COM Jul 27 2018 05:19:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14384471       +EDI: AISACG.COM Jul 27 2018 05:18:00      NCEP, LLC,    PO Box 165028,    Irving, TX 75016-5028
14635520       +EDI: AISACG.COM Jul 27 2018 05:18:00      NCEP, LLC by AIS Data Services, LP as agent,
                 P.O. Box 4138,    Houston, TX 77210-4138
```

```
District/off: 0315-2          User: jhel                Page 2 of 3               Date Rcvd: Jul 26, 2018
                              Form ID: 309              Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14686708          EDI: PRA.COM Jul 27 2018 05:18:00       Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
14384472         +E-mail/Text: ebn@vativrecovery.com Jul 27 2018 01:28:29       Palisades Acquisition IX, LLC,
                  VATIV Recovery Solutions, LLC,    Po Box 40728,    Houston, TX 77240-0728
14666180          EDI: Q3G.COM Jul 27 2018 05:19:00       Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
14384478         +EDI: RESURGENT.COM Jul 27 2018 05:19:00       Resugent Capaital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14384479         +EDI: RESURGENT.COM Jul 27 2018 05:19:00       Resugent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14384481         +EDI: DRIV.COM Jul 27 2018 05:18:00       Santander,    PO Box 105255,    Atlanta, GA 30348-5255
14405443         +EDI: DRIV.COM Jul 27 2018 05:18:00       Santander Consumer USA Inc.,    P.O. Box 560284,
                  Dallas, TX 75356-0284
14648566         +EDI: AIS.COM Jul 27 2018 05:18:00       Verizon,    by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 19

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PROF-2013-S3 Legal Title Trust, by U.S. Bank Natio
cr              Seterus, Inc., as the authorized subservicer for F
cr              U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE O
cr*            +NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
14384451*      +CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14384452*      +CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14384449*      +Capital Management Services, LP,    698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14384459*      +Escallate, LLC,    Dept 101A,    PO Box 3521,    Akron, OH 44309-3521
14384456*      +Escallate, LLC,    Dept 101A,    Po Box 3521,    Akron, OH 44309-3521
14384457*      +Escallate, LLC,    Dept 101A,    Po Box 3521,    Akron, OH 44309-3521
14384458*      +Escallate, LLC,    Dept 101A,    Po Box 3521,    Akron, OH 44309-3521
14384477*      +Preferred Primary Care Physicians, Inc,    PO Box 1870,    Cary, NC 27512-1870
14384489*      +State Collection Service, Inc,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14384490*      +State Collection Service, Inc,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14384480       ##+RJM Acquisitions,    575 Underhill Boulevard,    Suite 224,    Syosset, NY 11791-3416
                                                                                           TOTALS: 4, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
```
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com,    Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin/Baldwin-Whitehall School District
               jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,    bonnie@mvrlaw.com
              Joseph Peter Nigro    on behalf of Debtor Michael J. Vock nigroj@verizon.net,
               chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
              Joseph Peter Nigro    on behalf of Joint Debtor Christine L. Vock nigroj@verizon.net,
               chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
```

```
District/off: 0315-2              User: jhel                Page 3 of 3                Date Rcvd: Jul 26, 2018
                                  Form ID: 309              Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          William E. Miller    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF
           THE IGLOO SERIES III TRUST wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                         TOTAL: 11