**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL J. VOCK
CHRISTINE L. VOCK
    Debtor(s)

Case No.: 17-21041

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/19/2017 and confirmed on 06/08/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,747.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,747.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 896.66 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 896.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   SETERUS INC AS AUTHORIZED SUBSERVI<br>    Acct: 8261 | 0.00 | 2,847.81 | 0.00 | 2,847.81 |
|   US BANK TRUST NA - TRUSTEE OF THE IG<br>    Acct: 3332 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK TRUST NA - TRUSTEE OF THE IG<br>    Acct: 3332 | 7,122.58 | 7,122.58 | 0.00 | 7,122.58 |
|   US BANK TRUST NA - TRUSTEE OF THE IG<br>    Acct: 3332 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK TRUST NA - TRUSTEE OF THE IG<br>    Acct: 3332 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SETERUS INC AS AUTHORIZED SUBSERVI<br>    Acct: 8261 | 1,275.70 | 0.00 | 0.00 | 0.00 |
|   NCEP LLC<br>    Acct: 2197 | 0.00 | 5,591.12 | 0.00 | 5,591.12 |
|   SANTANDER CONSUMER USA**<br>    Acct: 7004 | 14,670.37 | 308.59 | 3,844.46 | 4,153.05 |
|   SANTANDER CONSUMER USA**<br>    Acct: 7004 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 19,714.56 |
| **Priority** | | | | |
| JOSEPH P NIGRO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL J. VOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NIGRO & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BALDWIN-WHITEHALL SD & BOROUGH OF | 1,003.20 | 0.00 | 0.00 | 0.00 |
| Acct: 2595 | | | | |
| BALDWIN BOROUGH (SWG) | 543.68 | 0.00 | 0.00 | 0.00 |
| Acct: 9320 | | | | |
| INTERNAL REVENUE SERVICE* | 2,711.44 | 0.00 | 0.00 | 0.00 |
| Acct: 2595 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 135.78 | 0.00 | 135.78 |
| Acct: 8730 | | | | |
| | | | | 135.78 |
| **Unsecured** | | | | |
| ADVANCED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7024 | | | | |
| AHN EMERGNECY GROUP OF JEFFERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6385 | | | | |
| ALLEGHENY GENERAL ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4639 | | | | |
| ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5660 | | | | |
| ALLTRAN FINANCIAL LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6856 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5829 | | | | |
| BALDWIN E.M.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4395 | | | | |
| CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6109 | | | | |
| CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4956 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0203 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4654 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5644 | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8106 | | | | |
| ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5499 | | | | |
| ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5500 | | | | |
| ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5501 | | | | |
| ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5502 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| FOUNDATION RADIOLOGY GROUP PC<br>Acct: 9835 | 0.00 | 0.00 | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP PC<br>Acct: FRG1 | 0.00 | 0.00 | 0.00 | 0.00 |
| FOX CHAPEL CENTER FOR ADVANCED DE<br>Acct: 3462 | 0.00 | 0.00 | 0.00 | 0.00 |
| HIGHFIELD OPEN MRI<br>Acct: 2595 | 0.00 | 0.00 | 0.00 | 0.00 |
| I.C. SYSTEMS INC.<br>Acct: 9841 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON HILLS SURGICAL SPEC<br>Acct: 8735 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON HOSPITAL<br>Acct: 8100 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON HOSPITAL<br>Acct: 6200 | 0.00 | 0.00 | 0.00 | 0.00 |
| KEYMED DATA SERVICES<br>Acct: 8317 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARK PALMER DDS<br>Acct: 3101 | 0.00 | 0.00 | 0.00 | 0.00 |
| METROPLEX PATHOLOGY ASSOCIATES<br>Acct: 8414 | 0.00 | 0.00 | 0.00 | 0.00 |
| PALISADES ACQUISITION/PALISADES CLL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PENNSYLVANIA-AMERICAN WTR CO*<br>Acct: 1861 | 145.81 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 5048 | 417.70 | 0.00 | 0.00 | 0.00 |
| PHEAA(*)<br>Acct: 8414 | 28,544.49 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 4640 | 684.35 | 0.00 | 0.00 | 0.00 |
| PREFERRED PRIMARY CARE PHYSICIANS<br>Acct: 3817 | 0.00 | 0.00 | 0.00 | 0.00 |
| PREFERRED PRIMARY CARE PHYSICIANS<br>Acct: 8317 | 0.00 | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SVCS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SVCS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC*++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SKO BRENNER AMERICAN<br>Acct: 1150 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTH HILLS GASTRO ASSOCIATES<br>Acct: 3230 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTH HILLS PAIN REHAB ASSOCIATES<br>Acct: 2646 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTH PITTSBURGH ANESTHESIA ASSOC<br>Acct: 1161 | 0.00 | 0.00 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC<br>Acct: 8856 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARTHA E VON ROSENSTIEL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN-BURKLEY PC (FORMERLY FO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-21041 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: | | | | | |
| STATE COLLECTION SERVICE INC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8232 | | | | | |
| STATE COLLECTION SERVICE INC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4033 | | | | | |
| STATE COLLECTION SERVICE INC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7876 | | | | | |
| UNITED TELEMANAGEMENT CORPORATIO | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2862 | | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | | 116.01 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | | |
| WATERFRONT SURGERY CNTR | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7805 | | | | | |
| INTERNAL REVENUE SERVICE* | | 154.87 | 0.00 | 0.00 | 0.00 |
| Acct: 2595 | | | | | |
| ECMC(*) | | 35,757.87 | 0.00 | 0.00 | 0.00 |
| Acct: 8414 | | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO FU | | 199.10 | 0.00 | 0.00 | 0.00 |
| Acct: 5595 | | | | | |
| LVNV FUNDING LLC, ASSIGNEE | | 724.90 | 0.00 | 0.00 | 0.00 |
| Acct: 7124 | | | | | |
| WILLIAM MILLER ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

\*\*\* N O N E \*\*\*

TOTAL PAID TO CREDITORS                                                                                                    19,850.34

TOTAL CLAIMED
PRIORITY           4,258.32
SECURED           23,068.65
UNSECURED      66.745.10

Date: 09/05/2018                                          /s/ Ronda J. Winnecour
                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com