UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br>   MICHAEL J. VOCK<br>   CHRISTINE L. VOCK<br>         Debtor(s) | Case No. 17-21041CMB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/19/2017.

2) The plan was confirmed on 06/08/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 06/08/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 07/26/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $58,000.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $20,747.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $20,747.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $896.66 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $896.66

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED RECOVERY SYSTEMS | Unsecured | 1,057.75 | NA | NA | 0.00 | 0.00 |
| AHN EMERGNECY GROUP OF JEFFEI | Unsecured | 9,730.80 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY GENERAL ANESTHESIA | Unsecured | 420.75 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK++ | Unsecured | 644.84 | NA | NA | 0.00 | 0.00 |
| ALLTRAN FINANCIAL LP | Unsecured | 1,141.31 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 201.10 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 200.00 | 116.01 | 116.01 | 0.00 | 0.00 |
| AMERICOLLECT | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| BALDWIN BOROUGH (SWG) | Priority | 543.68 | NA | 543.68 | 0.00 | 0.00 |
| BALDWIN E.M.S. | Unsecured | 1,033.00 | NA | NA | 0.00 | 0.00 |
| BALDWIN-WHITEHALL SD & BOROU | Priority | NA | 1,003.20 | 1,003.20 | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SVCS++ | Unsecured | 640.60 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SVCS++ | Unsecured | 134.05 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 186.09 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 399.33 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 2,614.05 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 798.03 | NA | NA | 0.00 | 0.00 |
| ECMC(*) | Unsecured | NA | 35,757.87 | 35,757.87 | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 1,323.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 896.40 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 1,323.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 896.40 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 1,323.00 | NA | NA | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP P | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP P | Unsecured | 419.93 | NA | NA | 0.00 | 0.00 |
| FOX CHAPEL CENTER FOR ADVANC | Unsecured | 544.00 | NA | NA | 0.00 | 0.00 |
| HIGHFIELD OPEN MRI | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| I.C. SYSTEMS INC. | Unsecured | 2,240.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 154.87 | 154.87 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 2,371.00 | 2,711.44 | 2,711.44 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JEFFERSON HILLS SURGICAL SPEC | Unsecured | 92.80 | NA | NA | 0.00 | 0.00 |
| JEFFERSON HOSPITAL | Unsecured | 63,941.10 | NA | NA | 0.00 | 0.00 |
| JEFFERSON HOSPITAL | Unsecured | 8,670.35 | NA | NA | 0.00 | 0.00 |
| KEYMED DATA SERVICES | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 724.90 | 724.90 | 0.00 | 0.00 |
| MARK PALMER DDS | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| METROPLEX PATHOLOGY ASSOCIAT | Unsecured | 1,787.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Secured | 23,578.31 | 7,815.97 | 0.00 | 5,591.12 | 0.00 |
| PA AMERICAN WATER(*) AKA AMER | Unsecured | 68.69 | 145.81 | 145.81 | 0.00 | 0.00 |
| PALISADES ACQUISITION/PALISADE: | Unsecured | 89.85 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 335.66 | 417.70 | 417.70 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Priority | NA | NA | NA | 135.78 | 0.00 |
| PHEAA(*) | Unsecured | 34,270.31 | 28,544.49 | 28,544.49 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 684.35 | 684.35 | 684.35 | 0.00 | 0.00 |
| PREFERRED PRIMARY CARE PHYSIC | Unsecured | 1,423.41 | NA | NA | 0.00 | 0.00 |
| PREFERRED PRIMARY CARE PHYSIC | Unsecured | 2,291.33 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - SAD | Unsecured | NA | 199.10 | 199.10 | 0.00 | 0.00 |
| RESURGENT CAPITAL SVCS | Unsecured | 645.34 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SVCS | Unsecured | 724.90 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC*++ | Unsecured | 32.08 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA** | Secured | 14,670.37 | 14,670.37 | 14,670.37 | 308.59 | 3,844.46 |
| SANTANDER CONSUMER USA** | Secured | 0.00 | 90.28 | 0.00 | 0.00 | 0.00 |
| SETERUS INC AS AUTHORIZED SUBS | Secured | 0.00 | 1,275.70 | 1,275.70 | 0.00 | 0.00 |
| SETERUS INC AS AUTHORIZED SUBS | Secured | 30,760.02 | 31,288.16 | 0.00 | 2,847.81 | 0.00 |
| SKO BRENNER AMERICAN | Unsecured | 22.41 | NA | NA | 0.00 | 0.00 |
| SOUTH HILLS GASTRO ASSOCIATES | Unsecured | 1,142.35 | NA | NA | 0.00 | 0.00 |
| SOUTH HILLS PAIN REHAB ASSOCIA | Unsecured | 76.10 | NA | NA | 0.00 | 0.00 |
| SOUTH PITTSBURGH ANESTHESIA A | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 2,667.35 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 9,279.82 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 1,053.61 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 301.29 | NA | NA | 0.00 | 0.00 |
| UNITED TELEMANAGEMENT CORPO | Unsecured | 29.29 | NA | NA | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE OF T | Secured | 138,259.47 | 138,259.47 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE OF T | Secured | 0.00 | 0.00 | 7,122.58 | 7,122.58 | 0.00 |
| US BANK TRUST NA - TRUSTEE OF T | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE OF T | Secured | 0.00 | 31,161.40 | 0.00 | 0.00 | 0.00 |
| WATERFRONT SURGERY CNTR | Unsecured | 2,270.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $7,122.58 | $9,970.39 | $0.00 |
| Mortgage Arrearage | $1,275.70 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,670.37 | $5,899.71 | $3,844.46 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$23,068.65** | **$15,870.10** | **$3,844.46** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,258.32 | $135.78 | $0.00 |
| **TOTAL PRIORITY:** | **$4,258.32** | **$135.78** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$66,745.10** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $896.66 |
| Disbursements to Creditors | $19,850.34 |
| **TOTAL DISBURSEMENTS :** | **$20,747.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/13/2018    By: /s/ Ronda J. Winnecour
                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**